Order entered November 30, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01601-CV

### IN RE: HOLLINGSWORTH SAND & GRAVEL, LLC, Relator

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05735-E**

## ORDER

The Court has before it appellant's November 30, 2012 motion for temporary relief and stay of enforcement. The Court **DENIES** the motion.

DOUGLAS S. LANG
JUSTICE